# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 12cr1054-W |
| | ) | |
| v. | ) | |
| LAMBERTO FLORES | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee:    LAMBERTO FLORES
Detained at (custodian): Attn: Warden, Pelican Bay State Prison

Detainee is:   a.)   (✓) charged in this district by:
             ( ) Indictment    ( ) Information    (✓) Complaint
             Charging Detainee With: 18 U.S.C. Section 3583(g)(2)
or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Defendant is set for arraignment on a Supervised Release Violation on August 13, 2021 at 2:00 p.m. before United States Magistrate Judge William V. Gallo, Southern District of California

I hereby attest and certify on 7/16/2021
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Signature: _____
Printed Name & Phone no.: Brandon Kimura 619-546-9614
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (✓) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

**Jul 16, 2021**
Date

_____
United States District/Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable): _____    ☑ Male    ☐ Female
Booking or Fed. Reg. #: AZ3905    DOB: 7/25/1984
Facility Address: 5905 lake Earl Drive    Race: Hispanic
                   Crescent City, CA 95531    FBI#: _____
Facility Phone: 707-465-1000
Currently Incarcerated For: _____

---

### RETURN OF SERVICE

Executed on: _____ by: _____

                                            (Signature)

Form Crim-48                                             Revised 7/25/14

*PLEASE RECEIPT AND RETURN*